FILED

2003 OCT 22 P 2: 26

US DISTRICT COURT
HARTFORD CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED VAN LINES, LLC | : CIVIL ACTION |
| Plaintiff, | : NO. 3:01 CV1488 (DJS) |
| v. | : |
| STEPHEN OGBORN, | : |
| Defendant. | : OCTOBER 21, 2003 |

### SATISFACTION OF JUDGMENT

The plaintiff, United Van Lines, LLC, acknowledges and hereby certifies that the judgment of the Court entered in favor of the plaintiff against the defendant, Stephen Ogborn, has been wholly satisfied and paid in full.

THE PLAINTIFF,
UNITED VAN LINES, LLC

By _____
John W. Dietz
HALLORAN & SAGE LLP
Fed. Bar #ct 13432
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT 06880

**HALLORAN**
**& SAGE LLP**

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

## CERTIFICATION OF SERVICE

This is to certify that on this 21st day of October, 2003, a copy of the forgoing was sent via first class mail, postage prepaid, to all counsel and parties of record as follows:

Defendant, Stephen Ogborn, c/o:

Daniel M. Sahl, Esq.
Law Offices of Daniel M. Sahl
115 Starrs Plain Road
Danbury, CT 06810

_____
John W. Dietz

477168.1(HSFP)

2

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195